

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

Harbor Freight Tools USA, Inc.                                        June 20, 2024
Tammy Stafford Associate General Counsel
Harbor Freight Tools USA Inc
26677 Agoura Road
Calabasas CA 91302

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).   **ALL information should be verified by you.**

Item: 2024-518

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | **Entity Served:** | Harbor Freight Tools USA, Inc. |
|---|---|---|
| 2. | **Title of Action:** | Ronald Thiele Jr., RJS Improvements LLC vs. Harbor Freight Tools USA Inc. |
| 3. | **Document(s) Served:** | Court Cover Letter<br>Petition For Damages And Demand For Trial By Jury<br>Request For Notice Of Trial ANd Of Signing Of Judgment And Orders<br>Jury Order |
| 4. | **Court/Agency:** | Parish of Jefferson 24th Judicial District Court |
| 5. | **State Served:** | Louisiana |
| 6. | **Case Number:** | 854-818 |
| 7. | **Case Type:** | Negligence/Injuries |
| 8. | **Method of Service:** | Hand Delivered |
| 9. | **Date Received:** | Tuesday 06/18/2024 |
| 10. | **Date to Client:** | Thursday 06/20/2024 |
| 11. | **# Days When Answer Due:**<br>**Answer Due Date:** | 21<br>Tuesday 07/09/2024 | <u>CAUTION:</u> Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | **Sop Sender:**<br>(Name, City, State, and Phone Number) | Lobman Carnahan<br>New Orleans, LA<br>504-586-9292 |
| 13. | **Shipped To Client By:** | Email Only with PDF Link |
| 14. | **Tracking Number:** | |
| 15. | **Handled By:** | 191 |
| 16. | **Notes:** | None |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information.  At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process.  To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective.  It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

**EXHIBIT A**

(101) CITATION: PETITION FOR DAMAGES AND DEMAND FOR TRIAL BY JURY; REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT AND ORDER/JURY ORDER      240606-3849-1

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

RONALD THIELE JR, RJS IMPROVEMENTS LLC
  versus
HARBOR FREIGHT TOOLS USA INC

Case: 854-818   Div: "C"
P 1 RONALD THIELE JR

To: HARBOR FREIGHT TOOLS USA INC
THROUGH REGISTERED AGENT
CORPORATE CREATIONS NETWORK INC
1070-B WEST CAUSEWAY APPROACH
MANDEVILLE LA 70471

ST. TAMMANY CHK#108504 $43.40

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES AND DEMAND FOR TRIAL BY JURY/REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT AND ORDER/JURY ORDER of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within (21) TWENTY-ONE CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney MATTHEW A. MANG and was issued by the Clerk of Court on the 6th day of June, 2024.

/s/ Brittany N. Vitrano
Brittany N. Vitrano, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk of Court

_____SERVICE INFORMATION_____

(101) CITATION: PETITION FOR DAMAGES AND DEMAND FOR TRIAL BY JURY; REQUEST FOR NOTICE OF TRIAL AND OF JUDGMENT AND ORDER/JURY ORDER      240606-3849-1

Received:_____ Served:_____ Returned:_____

Service was made:
  ___ Personal      ___ Domicilary _____

Unable to serve:
  ___ Not at this address    ___ Numerous attempts _____ times
  ___ Vacant              ___ Received too late to serve
  ___ Moved               ___ No longer works at this address
  ___ No such address      ___ Need apartment / building number
  ___ Other _____

Service: $_____     Mileage: $_____     Total: $_____

Completed by:_____ # _____
                     Deputy Sheriff
Parish of: _____

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO. **854818**            DIVISION: "**C**"

**RONALD THIELE, JR. AND RJ'S IMPROVEMENTS, LLC**

**VERSUS**

**HARBOR FREIGHT TOOLS USA, INC.**

FILED: _____            _____
                                                                    DEPUTY CLERK

## PETITION FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, **RONALD THIELE, JR.**, a person of the full age of majority, domiciled and residing in Jefferson Parish, State of Louisiana, and **RJ'S IMPROVEMENTS, LLC**, a Louisiana Limited Liability Company, who respectfully represent the following:

**I.**

That the following parties are made defendants herein:

A. **HARBOR FREIGHT TOOLS USA, INC.** ("Harbor Freight"), a foreign corporation authorized to do and doing business in the State of Louisiana and Jefferson Parish, with its registered office and principal business establishment in St. Tammany Parish, which at all relevant times mentioned herein manufactured, sold, distributed, delivered, marketed, and/or otherwise placed into the stream of commerce the defective and unreasonably dangerous product herein.

**II.**

In the event it is discovered at a later date that the name of any party herein is incorrect, petitioners reserve their right to supplement and amend this petition to correct such information.

06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:1 of 7 - Jefferson Parish Clerk of Court - ID:24129589

**III.**

Venue is proper before this Court pursuant to Louisiana Code of Civil Procedure article 74, as the subject accident occurred in the Parish of Jefferson and as the defendant conducts business in the Parish of Jefferson.

**IV.**

On or about August 2, 2023, plaintiff, **RONALD THIELE, JR.**, was safely and prudently trimming hedges using a Portland 22" electric bladed hedge trimmer product (Item 62630) manufactured and sold by defendant, Harbor Freight.

**V.**

In order to operate the hedge trimmer, Mr. Thiele had engaged the trigger and "safety switch", both of which must be activated to start the device. The "safety switch" is located on the front handle of the hedge trimmer, where the same hand must be used to hold and operate the device. For this reason, Mr. Thiele continued to activate the "safety switch" and trigger during his use of the product, as users of the product are led to presume, both by the device itself and by the product manual, that disengaging the "safety switch" also stops the blades.

**VI.**

While using the hedge trimmer, Mr. Thiele's left hand came off of the front handle and the "safety switch," and the trimmer fell onto his left hand; however, the blades continued to run, causing severe lacerations to the fingers on his right hand.

**VII.**

At all relevant times herein, defendant, Harbor Freight, submitted itself to the jurisdiction of this Court by virtue of assuming liabilities for the actions of its agents, servants, and/or employees for whom it is responsible, by:

(a) Engaging in the design, engineering, and manufacture of the defective and unreasonably dangerous Portland 22" electric bladed hedge trimmer which is the subject of this matter;

(b) Conducting and engaging in substantial business and other activities within the State of Louisiana and Jefferson Parish by manufacturing, selling, distributing,

06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:2 of 7 - Jefferson Parish Clerk of Court - ID:24129589

JON A. GEGENHEIMER

delivering, marketing, and/or otherwise placing into the stream of commerce defective and unreasonably dangerous hedge trimmers to persons, firms, or corporations in this State, either directly or via its authorized distributors, dealers, wholesalers, and brokers, which were used in the ordinary course of commerce and trade, thereby committing tortious acts within Louisiana and Jefferson Parish;

(c) Conducting and engaging in solicitation activities within the State of Louisiana and Jefferson Parish to promote the sale, consumption, use, maintenance, and repair of such products;

(d) Selling such products with knowledge and reasons to foresee that such products would be shipped in interstate commerce and would reach the market of Louisiana users and consumers; and,

(e) Causing the damages complained of by plaintiffs, as a result of the acts and/or omissions alleged herein.

### VIII.

The accident in question was caused solely by the liability, strict liability, and negligence of Harbor Freight and/or by its actions and/or its failure to act through its agents, servants, and/or employees for whom it is responsible, who were within the course and scope of their employment at the time of the incident(s) made the basis of this action, in the following non-exclusive particulars:

(a) Designing, engineering, manufacturing, selling, distributing, delivering, marketing, and/or otherwise placing into the stream of commerce a hedge trimmer that was unreasonably dangerous and defective in construction and composition, design, and lack of adequate warning, although there were alternate safe designs available, as:

1. The device had a "safety" that did not function as a user would normally expect;

2. The devise does not conform to the industry standard(s) in which the device purports to meet, including but not limited to UL 60745-2-15;



JON A. GEGENHEIMER

06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:3 of 7 - Jefferson Parish Clerk of Court - ID:24129589

3. The device advertised, implied, and instructed in the manual to provide a "safety" function (two-hand positional safety) that the device "safety" did not have;

(b) Failing to remedy or recall faulty and/or defective products;

(c) Failing to conform to expressed warnings;

(d) Failing to adequately warn;

(e) Acting as "professional vendors" of unreasonably dangerous and defective products; and,

(f) Such other acts of commission or omission, which constitute negligence and which may be proven at trial of this matter.

All of the foregoing acts of negligence were in violation of the laws of the State of Louisiana, including but not limited to the Louisiana Products Liability Act *et seq.* which is pleaded and adopted by this reference as if set forth here *in extenso.*

### IX.

As a result of the above described accident, plaintiff, **RONALD THIELE, JR.,** suffered the following mental and physical damages:

a. Physical injuries to his left hand and fingers, including multiple severe lacerations and blood loss, a displaced fracture of distal phalanx, bone fragments, vascular injury, tendon/ligament injury, nerve injury, and resultant neurological and/or neurovascular injury;

b. Additional physical injuries that will appear over time;

c. Past, present and future physical pain and anguish;

d. Past, present, and future mental pain and anguish;

e. Loss of enjoyment of life;

f. Disability and impairment;

g. Scarring and disfigurement;

h. Past, present, and future medical and surgical expenses;

i. Past, present, and future lost wages and loss of earning capacity; and,

j. - All other damages to be established and proven at trial.


06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:4 of 7 - Jefferson Parish Clerk of Court - ID:24129589

## X.

As a result of the above described accident, plaintiff, **RJ'S IMPROVEMENTS, LLC** suffered the following damages:

1. Past, present, and future lost wages and loss of earning capacity; and,

2. All other damages to be established and proven at trial.

## XI.

As a result of the above described injuries, the petitioners are entitled to recover amounts of money commensurate with those injuries and damages, all as are reasonable under the premises. The extent and amount of those damages exceed the requisite amount for trial by jury, as will be shown through discovery and proved at the trial on the merits of the cause herein.

## XII.

Petitioners pray for and are entitled to a trial by jury on all issues herein.

**WHEREFORE,** your petitioners, **RONALD THIELE, JR.** and **RJ'S IMPROVEMENTS, LLC,** pray this Petition be filed, that the defendant, **HARBOR FREIGHT TOOLS USA, INC.,** be served with a copy of this Petition for Damages, and that after all proceedings, that there be judgment in favor of petitioner, and against defendant, for all amounts commensurate with their respective damages, including but not limited to the damages described above; all as are reasonable under the premises, to be determined by a trial by jury; said judgment against defendant(s), jointly, severally and *in solido,* together with legal interest thereon, from the date of judicial demand until paid, and for all costs of these proceedings, for all expert fees, for trial by jury, and for all other due just, general, and equitable relief.

*Signature line and service instructions on following page*



JON A. GEGENHEIMER

RESPECTFULLY SUBMITTED:



**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of
Jul, 2024, served a copy of the
foregoing pleading on counsel for all parties to this
proceeding, by mailing same by United States mail,
properly addressed, and first class postage prepaid.

MATTHEW A. MANG

MATTHEW A. MANG, #34655
mam@lcba-law.com
VICTORIA H. FABRE, #38734
vhf@lcba-law.com
LOBMAN CARNAHAN
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LA 70130
(504) 586-9292  FAX (504) 586-1290

**PLEASE SERVE:**

**HARBOR FREIGHT TOOLS USA, INC.**
*Through registered agent*
Corporate Creations Network, INC.
1070-B West Causeway Approach
Mandeville, LA 70471

06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:6 of 7 - Jefferson Parish Clerk of Court - ID:24129589

JON A. GEGENHEIMER

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

## DOCKET NO. **854818**                   DIVISION: "**C**"

### RONALD THIELE, JR. AND RJ'S IMPROVEMENTS, LLC

#### VERSUS

### HARBOR FREIGHT TOOLS USA, INC.

FILED: _____        _____

                                                            DEPUTY CLERK

## REQUEST FOR NOTICE OF TRIAL
## AND OF SIGNING OF JUDGMENT AND ORDER

TO:    CLERK OF COURT
       24th Judicial District Court
       Parish of Jefferson

Pursuant to Article 1572 of the Louisiana Code of Civil Procedure, we hereby request written notice of the date set for trial of the above numbered and entitled cause, or of the date set for trial of any pleadings or motions therein, at least ten (10) days before any trial date.

We also request notice of the signing of any final judgment or of the rendition of any interlocutory order or judgment in said cause as provided by Articles 1913 and 1914 of the Louisiana Code of Civil Procedure.

RESPECTFULLY SUBMITTED:

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of June, 2024, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

_____
MATTHEW A. MANG

MATTHEW A. MANG, #34655
mam@lcba-law.com
VICTORIA H. FABRE, #38734
vhf@lcba-law.com
LOBMAN CARNAHAN
400 POYDRAS STREET, SUITE 2300
NEW ORLEANS, LA 70130
(504) 586-9292   FAX (504) 586-1290

06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:24129589

JON A. GEGENHEIMER

24TH JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

DOCKET NO. **854818**                    DIVISION: "**C** "

**RONALD THIELE, JR. AND RJ'S IMPROVEMENTS, LLC**

**VERSUS**

**HARBOR FREIGHT TOOLS USA, INC.**

FILED: _____          _____
                                        DEPUTY CLERK

**JURY ORDER**

    Trial by Jury is provisionally granted upon proper showing that mover is entitled to jury trial. See Art. 893 and 1732 C.C.P.

    In accordance with La. C.C.P. Art. 1734.1, in lieu of the bond required in La. C.C.P. Art. 1734 the mover for the jury trial shall deposit cash in the amount of $2,000.00 ( cash) for the first day and $400.00 (cash) for each additional day the trial is estimated to last. The cash deposit shall be filed with the Clerk of Court no later than sixty (60) days prior to trial. The attorney for the mover shall present the receipt for the deposit to the court prior to commencement of the trial. Failure to post the cash deposit shall constitute a waiver of a trial by jury. If the bond is not filed timely any other party shall have an additional ten (10) days to file the bond.

    You are further notified that unless a motion to continue or dismiss this matter, a notice of settlement, or a waiver of jury trial is filed in writing in the record on or before the 45th day prior to the date above fixed for trial by jury, a proportionate share of costs attributable to having a jury available for that date will be deducted from the jury fees.

    Gretna, Louisiana, this 03 day of June , 2024.

June Berry Darensburg

**JUDGE**

06/06/2024 15:28:04 CERTIFIED TRUE COPY - Pg:1 of 1 - Jefferson Parish Clerk of Court - ID:24129589
SIGNED: HON. JUNE BERRY DARENSBURG - DIVISION: C - 06/03/2024 20:29:24 - CASE:854818 - ID:184562
JON A. G

JUN 18